**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shawn A. Thompson | Social Security number or ITIN   xxx–xx–5238 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kiyra S. Jones–Thompson | Social Security number or ITIN   xxx–xx–5672 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   13–37033–JNP

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Shawn A. Thompson

Kiyra S. Jones–Thompson
aka Kiyra S. Jones

5/10/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Shawn A. Thompson
Kiyra S. Jones-Thompson
    Debtors

Case No. 13-37033-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: May 10, 2017
                        Form ID: 3180W      Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.

```
db/jdb          +Shawn A. Thompson,    Kiyra S. Jones-Thompson,    218 Warwick Rd S,    Lawnside, NJ 08045-1643
514499462       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514834236       +Camden County Probation Department,    5 Executive Campus, Suite 200,,    PO Box 8107,
                  Cherry Hill, NJ 08002-0107
514416564        Chase Auto,    ATTN: BANKRUPTCY,    PO Box 15298,    Wilmington, DE 19850-5298
514416565        Chld/cbna,    ATTN: CENTRALIZED BANKRUPTCY,    PO Box 20363,    Kansas City, MO 64195-0363
514416569        Eastern Account System,    ATTN: BANKRUPTCY DEPT.,    PO Box 837,    Newtown, CT 06470-0837
514416570        Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
514416571        Fed Loan Serv,    PO Box 69184,    Harrisburg, PA 17106-9184
514522487        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX901032,
                  Ft. Worth, TX 76101-2032
514416577       +Litton Loan Servicing,    4828 Loop Central Dr,    Houston, TX 77081-2166
514416579        Mattleman, Weinroth & Miller, PC,    401 Route 70 E Ste 100,    Cherry Hill, NJ 08034-2410
514416580        Mnet Fin Inc,    95 Argonaut,    Aliso Viejo, CA 92656-4133
514416581        Ocwen Loan Servicing L,    ATTN: BANKRUPTCY,    PO Box 24738,    West Palm Beach, FL 33416-4738
514416582        Progressive Drive Insurance,    PO Box 7247-0112,    Philadelphia, PA 19170-0001
514416586       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State Of New Jersey,    Dept Of Treasury, Division Of Taxation,
                  PO Box 245,    Trenton, NJ 08695-0283)
516561314       +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,    ( 29603-0826
514508925       +Sibongile Sonnebeyatta,    540 Collings Avenue,    Apt. A524,    Collingswood , NJ 08107-1679
514416584        South Jersey Federal C,    PO Box 5530,    Deptford, NJ 08096-0530
514416585        Specialized Loan Servi,    ATTN: BANKRUPTCY,    8742 Lucent Blvd Ste 300,
                  Highlands Ranch, CO 80129-2386
514499183       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
514416588        Torres Credit Srv,    TCS INC.,    PO Box 189,    Carlisle, PA 17013-0189
514493025        US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
514416590        Us Dept Ed,    ATTN: BANKRUPTCY,    PO Box 16448,    Saint Paul, MN 55116-0448
514416591        Usdoe/glelsi,    2401 International Ln,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 10 2017 22:31:23      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 10 2017 22:31:20      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +E-mail/Text: bankruptcy@southjerseyfcu.com May 10 2017 22:31:21      South Jersey FCU,
                  1615 Hurffville Road,    PO Box 5530,    Deptford, NJ 08096-0530
514447174       +EDI: LTDFINANCIAL.COM May 10 2017 22:19:00      Advantage Assets II, Inc.,
                  7322 Southwest Frwy, Ste 1600,    Houston, TX 77074-2134
514416563        EDI: ACCE.COM May 10 2017 22:18:00      Asset Acceptance Llc,    ATTN: BANKRUPCY DEPT,
                  PO Box 2036,    Warren, MI 48090-2036
514416587        EDI: CITICORP.COM May 10 2017 22:18:00      Thd/cbna,    CITICORP CREDIT SERVICES/ATTN:CENTRALI,
                  PO Box 20507,    Kansas City, MO 64195-0507
514416566        EDI: CITICORP.COM May 10 2017 22:18:00      Citibank,    Attn: Corporate Bankruptcy Department,
                  7920 NW 110th St,    Kansas City, MO 64153-1270
514416567        E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 10 2017 22:31:51
                  Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                  Voorhees, NJ 08043-2604
514416568        EDI: CCS.COM May 10 2017 22:18:00      Credit Coll,    PO Box 773,    Needham, MA 02494-0918
514416572       +EDI: AMINFOFP.COM May 10 2017 22:18:00      First Premier Bank,    601 S Minnesota Ave,
                  Sioux Falls, SD 57104-4868
514416573        EDI: AMINFOFP.COM May 10 2017 22:18:00      First Premier Bank,    3820 N Louise Ave,
                  Sioux Falls, SD 57107-0145
514416574        EDI: HFC.COM May 10 2017 22:18:00      Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
514416575        EDI: IIC9.COM May 10 2017 22:19:00      I C System Inc,    ATTN: BANKRUPTCY,    444 Highway 96 E,
                  Saint Paul, MN 55127-2557
514416576        E-mail/Text: vivian@interstatecredit.net May 10 2017 22:31:44      Intrst Ctc,
                  21 W Fornance St,    Norristown, PA 19401-3300
514465747        EDI: JEFFERSONCAP.COM May 10 2017 22:19:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
514416578        EDI: LTDFINANCIAL.COM May 10 2017 22:19:00      Ltd Finc Svc,    7322 Southwest Fwy,
                  Houston, TX 77074-2010
514416583        E-mail/Text: bankruptcy@pseg.com May 10 2017 22:30:41      PSE&G Bankruptcy Department,
                  PO Box 490,    Cranford, NJ 07016-0490
514619673       +E-mail/Text: csidl@sbcglobal.net May 10 2017 22:31:45      Premier Bankcard/Charter,
                  PO Box 2208,    Vacaville, CA 95696-8208
                                                                                              TOTAL: 18
```

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: May 10, 2017
                              Form ID: 3180W           Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516561315       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville SC 29603-0826,   (800) 365-7107,
                  Shellpoint Mortgage Servicing,    PO Box 10826
514519585*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
514416562      ##Ars Account Resolution,    1801 NW 66th Ave Ste 200,    Plantation, FL  33313-4571
514416589      ##+Trident Asset Manageme,    5755 N Point Pkwy,    Alpharetta, GA 30022-1136
                                                                               TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as trustee for the certificateholders of the CWABS, Inc., Asset-BackedCertificates, Series
               2006-17 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as trustee for the certificateholders of the CWABS, Inc., Asset-BackedCertificates, Series
               2006-17 bankruptcynotice@zuckergoldberg.com
              Joel A. Ackerman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-17 bankruptcynotice@zuckergoldberg.com
              Joshua I. Goldman    on behalf of Creditor     The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2006-18 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as trustee for the certificateholders of the CWABS, Inc., Asset-BackedCertificates, Series
               2006-17 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2006-17 jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Shawn A. Thompson ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Kiyra S. Jones-Thompson
               ecf@newjerseybankruptcy.com,    lmpcourt@gmail.com
              Robert J. Malloy    on behalf of Creditor    South Jersey FCU ecf.rjmalloylaw@gmail.com
                                                                                                 TOTAL: 11
```