Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 13−37033−JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shawn A. Thompson
218 Warwick Rd S
Lawnside, NJ 08045

Kiyra S. Jones−Thompson
aka Kiyra S. Jones
218 Warwick Rd S
Lawnside, NJ 08045

Social Security No.:
  xxx−xx−5238

xxx−xx−5672

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 12, 2017</u>                <u>Jerrold N. Poslusny Jr.</u>
                                        Judge, United States Bankruptcy Court